In The United States District Court
For the Western District of Pennsylvania

Shawn Wallace
    Plaintiff

v.

Superintendent-Randy Irwin
Deputy-J. Elicha, LT. S. Kopchick
LT. R. Bell, LT. Duffy, Sgt. Couch
C.O. J. Butlers, C.O. A.J. Moore
C.O. E. Spencer, C.O. K. Bauer
C.O. Moores, C.O. Z. Termine
C.O. J. Mowrey, C.O. S. Bentley
C.O. K. Nohney, C.O. T. Yount
C.O. S. Crose, CERT-Team / John Does
PSS. Walter, R. Wagonseller
RN. Shane Deeter, RN. Kathleen Hill
RN. Keisha, Hearing Examiner-J. Dupont.
    Defendants, et al.,

No. 3:23-CV-269
Jury Trial Demanded

RECEIVED
OCT 3 0 2023
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## Complaint

Plaintiff, Shawn Wallace, Pro Se hereby brings this 212. U.S.C §§ 1983 on the above Caption Defendants in their offical and individual Capacity for the Deprivation of Rights while acting Under Color of law listed in this Complaint

Page #1 of 9

## I. Jurisdiction

This said Court has Jurisdiction Under 28 U.S.C. §§ 1331, and 1343(a)(3) and can grant relief Under 28 U.S.C. §§ 2201-2202, and 28 U.S.C. §§ 2283 and 2284 as well as Rules(65) of Fed.R.Civ.P. (Declaratory and Injunctive Relief).

## II. Claims.

Plaintiff states claims of: Conspiracy of Defendants ongoing Retaliation and Failure to Protect; Failure to Protect Plaintiff from Cruel and Unusal Punishment, Assault, Violation of Free Speech, Due Process, Liabilitie, Sexual harassment, Deliberate indifference to a Serious Medical and Mental health need.

## III. Relief

Plaintiff hereby request; $150,000.00 in Punitive Damages, and $150,000.00 in Compensatory Damages, Court Cost incurred for Postage and Copies throughout this matter and attorney fees. Plaintiff is willing to discuss Mediation if the Defendant ARE reasonable with the Amount for harm, damages and Cost.

## IV. Facts

1. On 4-17-23, Officer A.J. Moore was JD.POD. Officer where officer Moore was COMING AROUND WITH THE RHU YARD LIST WHERE I HAVE SIGNED UP.

2. ON 4-17-23, OFFICER MOORE WAS GOING AROUND PASSING OUT BREAKFAST TRAY WHEN ARRIVING AT MY CELL JD-1012-1 OFFICER MOORE STARTED "THREATENING ME BY STATING IT'S ABOUT TIME YOUR FAGGOT AS CAME OUT THE CELL NOW WE CAN FUCK YOU UP FOR FILING GRIEVANCE ON SCI-FOREST OFFICERS.

3. ON 4-17-23, I HAVE HIT MY CELL INTER COMMUNICATION SYSTEM ASKING TO SPEAK WITH THE LT. THAT IS AVAILABLE DUE TO MY POD OFFICER HAD THREATEN TO FUCK ME UP. THE BUBBLE OFFICER NOHNEY STATED "WELL LT. BELL SAID TAKE THAT UP WITH YOUR POD OFFICER SINCE YOU LIKE FILING GRIEVANCES ON OFFICERS.

4. ON 4-17-23, WHEN BEING ESCORTED TO RHU SHOWER TO BE STRIPPED SEARCH, BY OFFICER T. YOUNT AND OFFICER J. NOWERY. OFFICER J. NOWREY BEGIAN TAUNTING ME BY STATING "MOORE IS RIGHT" "WALLACE" IS A PUSSY AND FAGGOT HE AIN'T DO NOTHING AS THEY STARTED "LAUGHING" WHILE I WAS BEING ESCORTED TO THE RHU YARD.

5. ON 4-17-23, WHILE BEING IN THE RHU YARD I HAD REFUSED TO COME INSIDE DUE TO I FEARED FOR MY LIFE, AND THE SAME OFFICERS WHO THREATEN ME, WAS THE SAME OFFICERS WHO WAS TRYING TO BRING ME IN.

6. On 4-17-23, Lt. Duffy and the CERT-Team/John Doe's came and exstracted me from the RHU Yard during the exstraction the CERT-Team/John Doe's, have slammed my head on the ground where I have substained; bursing, swollen lumb over my right eye, where RN. Kathleen Hill, RN. Shane. Deeter and Nurse Keisha all failed to properly examined me for any injuries Kathleen Hill stated "I had no injuries" where I was poorly assessed for injuries.

7. On 4-17-23, I was being escorted to J Block Receiving Area to be stripped searched by Lt. Duffy and the CERT-Team/John Doe's where I was placed in a cage. During the stripped search I was asking to speak with psychology where I had refused to put my clothes on, Lt Duffy left out than came back with the CERT-Team/John Doe's, Lt. Duffy then thregaten to spray me if I don't put my clothes on, as the CERT-Team/John Doe's was shacking the fire exstingusher of O.C. in a very threatening and intimindating matter.

8. On 4-17-23, I have felt my life was in danger, where I proceeded to get dress, and was escorted by Lt. Duffy and CERT-Team/John Doe's to my cell JD-1012-1

9. On 4-17-23, while being in the cell I covered up my window due to C.O Mohney told me too, where Officer S. Bentley stated "Since you like filing paper work you snich I'm making sure you get sprai'd, when she made 3 security rounds.

Page #4 of 9

10. On 2-17-23, PSS WALTER R. WAGONSELLOR CAME TO MY CELL AND KNOCK ON MY CELL DOOR JD-1012-1 AND STATED "INMATE IS NOT RESPONDING AS I INFORMED THIS PSYCHOLOGIST THAT I WANT TO SPEAK WITH SOMEONE ELSE, DUE TO HE IS BIAS, AND HE'S NOT HERE TO HELP ME.

11. On 2-17-23 PSS W.R. WAGONSELLOR STATED "SINCE YOU FEEL THAT WAY I'M GOING TO MAKE SURE THE OFFICERS FUCK YOU UP AS HE CALLED OVER THE RADIO, STATING "INMATE NOT RESPONDING NEED ASSISTANTS."

12. On 2-17-23, SGT. COUCH CAME ON JD POD WITH AN ABOUNDANCE OF CORRECTIONAL OFFICERS YELLING "IF YOU DON'T UNCOVER I WILL SPRAY YOUR FAGGOT ASS" AS C.O. MOORES OPEN THE FOOD APARTURE AS SGT. COUCH DEPLOYED O.C. INTO MY CELL, WHERE PLAINTIFF WAS BEING NO THREAT FROM BEHIND A CELL DOOR, WHICH IS CONSIDER EXCESSIVE FORCE.

13. On 2-17-23, AS I CONTINUED TO STAY COVERED-UP OFFICER J. MOWERY STARTED TO ENCOURAGE THE OTHER OFFICER'S TO USE EXCESSIVE FORCE BY STATING "LET'S RUN IN THERE ON HAND HELD CAMERA THAT WAS BEING CONDUCTED BY OFFICER A.J. MOORE, AS OFFICER E. SPENCE AND K. BAUER STATED "NO WE CAN SEE HIM, HE'S RIGHT HERE.

14. ON 4-17-23, LT. R. BELL INFORMED ME TO STAND ON THE RIGHT SIDE OF MY DOOR AND FACE THE WALL AS I COMPLYED WITH THE ORDERS. OFFICER Z. TERMINE WAS PLACING THE SPIT MASK OVER MY EYE IN ORDER TO BLIND ME OF MY VISION.

15. ON 4-17-23, OFFICER Z. TERMINE, SHIFT HIS HANDS TO MY NECK AND PROCEEDED TO CHOCK ME AS OFFICER J. MOWERY JOIN IN TO HELP CHOCK ME ALSO, AS OFFICER MOORES WAS KICKING MY LEFT LEG AS OFFICER E. SPENCER, K. BAUER, ALL TRIED TO PUSH ME BACK INTO MY CELL AFTER SGT. COUCH DEPLOYED O.C. IN THERE, WHERE ALL THESE OFFICERS USE EXCESSIVE FORCE WHILE I WAS SUBDUED IN REAR-RESTRAINTS (HANDCUFFS).

16. ON 4/17/23, LT. R. BELL INSTRUCTED THE SEVERAL OFFICER TO TAKE ME DOWN TO THE GROUND, AS OFFICER J. MOWERY WAS HOLDING MY LEGS, AS OFFICER Z. TERMINE WAS PUNCHING ME IN MY FACE NUMEROUS TIMES, OFFICER MOORES WAS PULLING MY TETHER AS NUMEROUS OFFICERS MADE FALSE STATEMENTS BY STATING "STOP RESISTING" AS THEY CONTINUED TO USED EXCESSIVE FORCE WHILE I WAS SUBDUED IN REAR-RESTRAINTS (HANDCUFFS).

17. WHILE THE OFFICE'S WAS USING EXCESSIVE FORCE, I HAVE OBSERVE PSS. WAGONSELLOR, RN. S. DEETER, SGT. COUCH, LT. R. BELL, A. J. MOORE, S. BENTLEY, J. BULLERS, E. SPENCER AND K. BAUER STANDING AROUND WATCHING SEVERAL OFFICER USE EXCESSIVE FORCE AND FAILED TO INTERVINE, AS PLAINTIFF WAS SUBDUED IN REAR-RESTRAINTS (HANDCUFFS)

18. On 4-17-23, I WAS ESCORTED TO TRIAGE AS RN SHANE DEETER ASKED ME DO I HAVE ANY INJURIES, PLAINTIFF HAVE STATED "YES Z. TERMINE HAVE PUNCHED ME IN MY FACE AND MY RIGHT EYE IS SWOLLEN, AS RN SHANE DEETER FAILED TO ASSESSED ME FOR INJURIES DUE TO THE OFFICER'S TOLD HER NOT TOO.

19. On 4-17-23, Plaintiff WAS TAKEN TO J BLOCK RECEIVING AREA WHERE I WAS LEFT AS OFFICER S. CROSE HAVE TAKEN OVER THE CAMERA WHERE I HAVE ASK OFFICER S. CROSE A QUESTION STATING "IF A INMATE IS BEING CHOCKED AND WHILE THE OFFICER'S TRYING TO PUSH ME BACK INTO THE CELL, THEN I WAS BEING THROWN TO THE GROUND WHILE BEING PUNCHED NUMEROUS TIMES IN THE FACE IS that CONSIDER EXCESSIVE FORCE AS THIS OFFICER FAILED TO REPORT THE ABUSE, IN VIOLATION OF THE CODE OF ETHICS.

20. ON 4-17-23, MEDICAL HAD PLACED ME IN A SMOCK IN RETALIATION WHERE AT NO GIVEN TIME I WAS HARMING MYSELF OR ANYONE, AS THE OFFICER'S HAVE DEPRIVE ME OF MY PROPERTY AND BASIC NECESSITY LIKE SOAP, TOOTHPASTE, TOILET PAPER, TOOTH BRUSH AND ETC. FOR SEVERAL DAYS. AS WELL AS PLACING ME BACK INTO JO-1012-1 CELL

21. ON 4-21-23, I HAD ANOTHER INMATE TO SUBMIT AN GRIEVANCE ON EXCESSIVE FORCE CLAIM ON THE OFFICERS FOR VIOLATING MY 8th AMENDMENT CONSTUTION RIGHTS WHERE PLAINTIFF HAVE EXHAUSED EVERY LEVEL OF APPEAL ON GRIEVANCE #1030468.

22. ON 4-17-23, LT. HAGGERTY AND THE CERT-TEAM/JOHN DOE'S CAME AND ESCORTED ME FROM J BLOCK RECEIVING AREA, AND BACK TO MY CELL JD-1012-1

23. ON 5-8-23, SECURITY LT. SKOPCHICK WAS MAKING AROUND ON JD-POD IN THE RHU/RESTRICTED HOUSING UNIT, WHEN THIS CONDUCTING OFFICER ARRIVE AT MY CELL JD-1012-1 WHERE THIS OFFICER ASKED ME "DID I ASK TO SPEAK WITH HIM, AS I STATED "NO" WHERE THIS CONDUCTING OFFICER USED RETALIATED BY ISSUING A FALSING MISCONDUCT DUE TO I HAVE FILED AN ABUSE ALLEGATION ON THE GRIEVANCE SYSTEM, IN DEPRIVING OF A PROPER INVESTIGATION BY COVERING-UP THE EXCESSIVE FORCE THAT WAS UTILIZED ON 4-17-23 INCIDENT

24. ON 5-8-23, HEARING EXAMINER J. DUPONT, CONSPIRED WITH THE RETALIATION IN FINDING ME GUILTY OF A FALSIFIED AND ALTER MISCONDUCT, BY STATING "HE FIND THE OFFICER CREDITABLE THEN AN INMATE AND GAVE ME 45 DAYS RUNNING CONSECUTIVE TO PRO-LONG MY ISOLATION IN SOLITARY CONFINEMENT.

25. ON 5-8-23, HEARING EXAMINER J. DUPONT, TOLD THE OFFICERS TO NOT GIVE ME APPEAL FORMS, SINCE I LIKE FILING AND FLOODING HIS OFFICERS WITH PAPER WORK, AS THIS HEARING EXAMINER DEPRIVE ME OF MY RIGHTS TO APPEAL MY MISCONDUCT OUT OF RETALIATION.

26. PLAINTIFF HAVE EXHAUST HIS ADMINISTRATIVE REMEDIES WITH THE EXCESSIVE FORCE CLAIM, AND WAS DENIED AN APPEAL FORM BY HEARING EXAMINER J. DUPONT FOR THE OFFICER FALSIFIED AND ALTER MISCONDUCT.

27. SUPERINTENDENT- RANDY IRWIN, DEPUTY- J. BLICHA, LT. S. KOPCHICK, LT. R. BELL, LT. DUFFY, SGT. COOCH, C.O. J. BYLLERS, C.O. A.J. MOORS, C.O. E. SPENCER, C.O. K. BAUER, C.O. MOORES, C.O. A.J. MOORE C.O. Z. TERMINE, C.O. J. MOWREY, C.O. S. BENTLEY, C.O. K. MOHNEY, C.O. T. YOUNT, C.O. S. CROSE P.O.S. WALTER, R. WAGONSELLOR, RN S. DEETER, RN K. HILL, RN KEISHA, CERT-TEAM/JOHN DOES ARE GETTING SUE IN THERE OWN OFFICIAL AND INDIVIDUAL CAPACITE AND THESE OFFICER'S RESIDE AT ADDRESS 286 WOODLAND DRIVE, MARIENVILLE PA 16239 CAN BE SERVED THIS PRISONER COMPLAINT AT SCI-FOREST FROM AM TO PM OR SUPERINTENDENT ASSISTANT CAN MAKE SERVICE TO THE DEFENDANTS FROM 8:00HRS AM TO 4:00HRS PM

VERIFICATION:

I VERIFY UNDER PENALTY OF PERJURY THIS TO BE TRUE AND CORRECT. UNDER 28 U.S.C § 1746

DATED: OCTOBER 23, 2023

RESPECTFULLY SUBMITTED,

Shawn Wallace
Shawn Wallace #KW6861
PRO SE PLAINTIFF
SCI-FOREST
P.O. BOX 945
286 MARIENVILLE PA 16239

PAGE # 9 of 9